COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| FABENS INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00081-CV |
|  | § | Appeal from the |
| Appellant, | § | 448th District Court |
|  | § |  |
| v. | | of El Paso County, Texas |
|  | § |  |
| ROSEMARY CEBALLOS, | | (TC# 2012-DCV-05097) |
|  | § |  |
| Appellee. | | |
|  | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Fabens Independent School District, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

May 14, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.